IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE A. HEARD, JR,
REG #22225-009                                                    PLAINTIFF

v.                        5:12-cv-418-DPM-JTR

BOLDEN, Chief,
TYLER, Major, and
ADAMA, Captain,
Brassell Detention Center                                         DEFENDANTS

## JUDGMENT

This case is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2013